MARY K. VAN SICKLEN, Respondent, v. JOHN J. VOORHIES and Others, Defendants, Impleaded with PHILIP THIEL and ALMA THIEL, Appellants.— Motion for reargument denied, without costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Real Property, etc. (Staten Island Proceeding.) VICTORY DRY DOCK AND REPAIR CO., INC., Appellant; AMERICAN DOCK COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Putnam and Jaycox, JJ., concur; Mills, J., not voting.

WESTERVELT PRENTICE, Respondent, v. DANIEL SEIBERT and ANNA LENA SEIBERT, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

MAURICE COURLAND, Respondent, v. EDGAR R. GALLAVAN and Another, Appellants.— Motion granted on condition that the appeal be perfected, case placed on the calendar and argued on Monday, June 6, 1921; otherwise, motion denied. Present — Blackmar, P. J., Putnam, Kelly and Manning, JJ.

TOWN OF MAMARONECK and VILLAGE OF PELHAM, Appellants, v. NEW YORK INTERURBAN WATER COMPANY and CITY OF MOUNT VERNON, Respondents.— Order resettled and as resettled signed. Blackmar, P. J., Rich, Putnam and Jaycox, JJ., concur; Mills, J., not voting.

THEODORE GRIFFIN, Respondent, v. SWINBURNE HALE, Appellant.— Order affirmed, with ten dollars costs and disbursements. · No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

HOME MORTGAGE INVESTMENT COMPANY OF NEW YORK, Appellant, v. BRENACK STEVEDORING COMPANY, INC., and Others, Defendants. WILLIAM J. MAHON, Receiver, Respondent.— Orders of the County Court of Kings county reversed, with ten dollars costs and disbursements, and stay vacated, on the ground that the discretion of the learned County Court was improperly exercised. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

In the Matter of HAUCK MANUFACTURING COMPANY. Petition to Set Aside the Election of MARIE C. HAUCK, as Director, and Others, etc., Respondents. JULIA L. MOORE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

In the Matter of Summary Proceedings of FREDERICK SCHAFBUCH, Respondent, v. MARGARET WALE, Appellant.— Final order of the City Court of Mount Vernon, awarding landlord possession, affirmed, with costs. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ. concur.